United States District Court
Southern District of Texas
**ENTERED**
October 02, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| OMAR ABEDALMALEK, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-4966 |
| | § | |
| PAMELA BONDI, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The Court has considered the above-captioned Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and found that it should be GRANTED in part for reasons previously stated in the Court's Memorandum Opinion and Order (Dkt. No. 19). Respondent was promptly released from detention following the Court's order. (Dkt. No. 22). On October 1, 2026 the Court was advised that Petitioner's identification document, specifically, his passport, have been returned to him. Accordingly, the relief sought by Petitioner has been provided, and there is no longer a legal controversy requiring adjudication.

Because the requested relief has been provided, the Petition is now moot.

Accordingly, it is:

ORDERED that Petitioner's Petition for Writ of Habeas Corpus is DISMISSED as moot.

Date: October 02, 2026

George C. Hanks, Jr.
United States District Judge